AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Porter, Wes R. | 2. Court or Organization U.S. District Court, Hawaii | 3. Date of Report 04/26/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate judge, full-time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
300 Ala Moana Blvd
Honolulu, HI 96850

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | PWH Educational Foundation |
| 2. Law Professor | University of Hawaii, Richardson School of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porter, Wes R. | 04/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Hawaii - teaching stipend | $8,980.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | MacNaughton Group - salary, bonus, benefits |
| 2. 2020 | TMG Holdings Incentive LLC |
| 3. 2020 | Kualoa Ranch - stipend for board of director position |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porter, Wes R. | 04/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Quicken Loans Inc. | Mortgage on Rental Home #1 (Honolulu, HI) | N |
| 2. Bank of Hawaii | Mortgage on Rental Home #2 (Honolulu, HI) | O |
| 3. Punahou School | Tuition agreements | L |
| 4. Operator Collective LP | Investment fund commitment | K |
| 5. Blacksand Fund II | Investment fund commitment | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Porter, Wes R. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 (Honolulu, HI) - Tax Assesment: $1,017,000 | F | Rent | P1 | S | | | | | |
| 2. Rental Property #2 (Honolulu, HI) - Tax Assessment: $1,001,600 | E | Rent | P1 | S | | | | | |
| 3. Area (.25) in prim. residence (Honolulu, HI) - TaxAssessment: $696,525 | C | Rent | O | S | | | | | |
| 4. NY Life IRA, AMERICAN FUNDS GRWTH & INCOME PORT CL A | A | Interest | N | T | | | | | |
| 5. Metlife, BH ASSET ALL 80 | A | Interest | K | T | | | | | |
| 6. Thrift Savings Plan, L 2040 Fund | A | Interest | J | T | | | | | |
| 7. MassMutual Financial, MFS LIFETIME 2040 FUND-R2 | A | Interest | L | T | | | | | |
| 8. Vanguard, VANGUARD FEDERAL MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 9. Scholarshare 529, PASSIVE AGE-BASED PORTFOLIO X-X, PORTFOLIO 2940 | A | Interest | L | T | | | | | |
| 10. Scholarshare 529, PASSIVE AGE-BASED PORTFOLIO X-X, PORTFOLIO 2938 | A | Interest | L | T | | | | | |
| 11. Operator Collective LP - investment fund | | None | J | W | | | | | |
| 12. Blacksand fund II - investment fund | | None | J | W | | | | | |
| 13. Bank of Hawaii - savings and checking | A | Interest | N | T | | | | | |
| 14. Capitol One 360 - savings and checking | A | Interest | M | T | | | | | |
| 15. Transamerica, TIAA-CREF BOND PLUS INST | A | Interest | J | T | | | | | |
| 16. Transamerica, VANGUARD TOTAL BOND MARKET INDEX I | A | Interest | J | T | | | | | |
| 17. Transamerica, AMERICAN BEACON SMALL CPVAL INST | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porter, Wes R. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Transamerica, AMERICAN FUNDS CAPITAL WORLD G/I R6 | A | Interest | J | T | | | | | |
| 19. Transamerica, BROWN CAPITAL MGMT SMALL CO INST | A | Interest | J | T | | | | | |
| 20. Transamerica, COHEN & STEERS INSTL REALTY SHARES | A | Interest | J | T | | | | | |
| 21. Transamerica, DFA INTERNATIONAL SMALL COMPANY I | A | Interest | J | T | | | | | |
| 22. Transamerica, DODGE & COX INTERNATIONAL STOCK | A | Interest | J | T | | | | | |
| 23. Transamerica, VANGAURD 500 INDEX ADMIRAL | A | Interest | K | T | | | | | |
| 24. Transamerica, VANGUARD SMALL CAP INDEX ADM | A | Interest | J | T | | | | | |
| 25. Transamerica, VANGUARD TOTAL INTLSTOCK INDEX ADMIRAL | A | Interest | K | T | | | | | |
| 26. Transamerica, VANGUARD WINDSOR II ADM | A | Interest | J | T | | | | | |
| 27. Transamerica, T. ROWE PRICE GROWTH STOCK I | A | Interest | J | T | | | | | |
| 28. ADP TotalSource, BLACKROCK US DEBT INDEX | A | Interest | K | T | | | | | |
| 29. ADP Total Source, AMFUNDS WASHINGTON MUTUAL | A | Interest | L | T | | | | | |
| 30. ADP Total Source, VOYA LARGE CAP GROWTH PORT | A | Interest | K | T | | | | | |
| 31. ADP Total Source, JHANDCOCK DSPL VAL MID CAP | A | Interest | K | T | | | | | |
| 32. ADP Total Source, FEDERATED CLOVER SM CAP VAL | A | Interest | K | T | | | | | |
| 33. ADP Total Source, BLACKROCK GLOBAL EQUITY EX US | A | Interest | L | T | | | | | |
| 34. Capital One, Sharebuilder 401k, ISHARES RUSSELL 1000 GROWTH ETF | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Porter, Wes R. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital One, Sharebuilder 401k, ISHARES RUSSELL 1000 VALUE ETF | A | Interest | L | T | | | | | |
| 36. Capital One, Sharebuilder 401k, ISHARES SELECT DIVIDEND ETF | A | Interest | J | T | | | | | |
| 37. Capital One, Sharebuilder 401k, ISHARES RUSSELL 2000 ETF | A | Interest | K | T | | | | | |
| 38. Capital One, Sharebuilder 401k, ISHARES CORE S&P MID-CAP ETF | A | Interest | K | T | | | | | |
| 39. Capital One, Sharebuilder 401k, VANGUARD TOTAL BOND MARKET | A | Interest | K | T | | | | | |
| 40. Capital One, Sharebuilder 401k, VANGUARD FTSE EMERGING MARKETS ETF | A | Interest | J | T | | | | | |
| 41. Capital One, Sharebuilder 401k, VANGUARD FTSE DEVELOPED MARKETS ETF | A | Interest | K | T | | | | | |
| 42. Capital One, Sharebuilder 401k, VANGUARD GROWTH ETF | A | Interest | K | T | | | | | |
| 43. Capital One, Sharebuilder 401k, VANGUARD VALUE ETF | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Porter, Wes R.** | 04/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Porter, Wes R. | 04/26/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Wes R. Porter**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544